UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | | |
|---|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : | 3:09-md-02100-DRH-PMF |
| | : | MDL No. 2100 |
| | : | |
| ------------------------------------------------ | : | **ORDER** |
| **This Document Relates to:** | : | Judge David R. Herndon |

*Bradish, et al., v. Bayer Corporation, et al.,* No. 3:09-cv-20021-DRH-PMF

**ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (Doc. 40) for the purpose of adding Bayer Schering Pharma AG as a Defendant in this action. Upon consideration of Plaintiffs' motion, the Court finds as follows:

Plaintiffs' Motion to file First Amended Complaint (Doc. 40) is **GRANTED**.

Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter.**

SO ORDERED:

David R. Herndon
2011.01.28 15:47:19
-06'00'

Chief Judge
United States District Court                DATE: January 28, 2011